United States Courts
Southern District of Texas
FILED

DEC 1 0 2004

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and STATE OF TEXAS, | § § § | |
| Plaintiffs, | § § | Civil Action No. |
| v. | § § | Judge **V-04- 119** |
| ALCOA INC. and ALCOA WORLD ALUMINA L.L.C. | § § § | Mag. |
| Defendants. | § § § | |

## NOTICE OF LODGING OF CONSENT DECREES

Plaintiff, the United States of America, hereby notifies the Court and all parties of record that Plaintiffs, the United States and the State of Texas, and Defendants, Alcoa Inc. and Alcoa World Alumina L.L.C., have entered into two Consent Decrees, copies of which are attached hereto. (Plaintiffs have filed a Complaint simultaneously with the filing of this Notice of Lodging of Consent Decree.)

The United States' and the State's final approval of the Consent Decrees, however, is contingent upon the review of public comments. Pursuant to the regulations at 28 C.F.R. § 50.7 and Section 122(d)(2) of CERCLA, 42 U.S.C. § 9622(d)(2), the public will have thirty (30) days in which to submit comments to the United States on the Consent Decrees. The 30-day period will begin on the date notice of lodging of the Consent Decrees is published in the Federal Register. Commenters may request an opportunity for a public meeting in the affected area, in accordance with Section 7003(d) of RCRA, 42 U.S.C. § 6973(d). Final approval by the State and

entry of the Consent Decrees also is subject to publication of a Notice of Settlement in the Texas Register, an opportunity for public comment, and consideration of any comments.

After the public comment periods have expired, the United States will inform the Court of any public comments received. If, after reviewing public comments, the United States and the State conclude that the Consent Decrees should be entered, Plaintiffs will provide the Court with the original Consent Decrees and seek entry of the Consent Decrees as a final order of the Court.

Because of the public comment period, we respectfully request that the Court not execute the Consent Decrees at this time. During the public comment period, no action is required or requested of the Court.

Respectfully submitted,

THOMAS L. SANSONETTI
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice


*Elizabeth A. Edmonds*
ELIZABETH A. EDMONDS
Trial Attorney; Attorney In Charge
Environmental Enforcement Section
Environment and Natural Resources Division
P.O. Box 7611
U.S. Department of Justice
Washington, D.C. 20044-7611

(202) 514-1032
Fax: (202) 514-0097


MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

LARRY LUDKA
Assistant United States Attorney
Texas No. 12667500
U.S. Attorney's Office
Southern District of Texas, Corpus Christi Division
800 North Shoreline Blvd., # 500
Corpus Christi, Texas 78476-2001

ATTORNEYS FOR THE UNITED STATES


GREG ABBOTT
Attorney General of Texas

BARRY R. McBEE
First Assistant Attorney General

EDWARD D. BURBACH
Deputy Attorney General for Litigation

KAREN W. KORNELL
Assistant Attorney General
Chief, Natural Resources Division

ALBERT M. BRONSON
Assistant Attorney General
State Bar No. 03057500

Natural Resources Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel: (512) 463-2012
Fax: (512) 320-0911

ATTORNEYS FOR THE STATE OF TEXAS

OF COUNSEL:

Pamela J. Travis
Assistant Regional Counsel
U.S. Environmental Protection Agency
Region 6
1445 Ross Avenue, Suite 1200
Dallas, Texas 75202-2733

Stephanie Fluke
Office of General Counsel
National Oceanic & Atmospheric Administration
9721 Executive Center Drive--Room 137
St. Petersburg, Florida 33702

Martin Steinmetz
Attorney
Department of Interior
Office of the Solicitor
Tulsa Field Solicitor's Office
7906 East 33rd Street, Suite 100
Tulsa, OK 74145

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served on Derek McDonald, attorney for Defendants, by sending it overnight mail on this ____ of December, 2005.

_____

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served on Derek McDonald, attorney for Defendants by sending it overnight mail on this 9th of December, 2004.

*[signature: Charmaine Prayton]*